IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                      Defendants. | Case No. 23-cv-00887<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Maria Valdez** |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER [25]**

Plaintiff General Motors LLC ("Plaintiff") respectfully moves this Honorable Court for reconsideration of its Order [25] denying Plaintiff's *Ex Parte* Motion for Extension of the TRO [23].

On February 17, 2023, this Court entered a Temporary Restraining Order ("TRO") that required Plaintiff to deposit, within seven days of entry of the TRO, a $159,000 bond with the Court as security. *See* [22]. Pursuant to the TRO, on February 21, 2023, Plaintiff requested and was issued a bond in the amount of $159,000. Declaration of Jake M. Christensen ("Christensen Decl.") at ¶ 2. On February 23, 2023, Plaintiff delivered the $159,000 surety bond to be deposited with the Court to the drop box located in the lobby of at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. *Id*. at ¶ 3. On March 1, 2023, the clerk's office located the $159,000 surety bond and entered the bond on the docket. *See* [26]; Christensen Decl. at ¶ 4. Since the bond was timely deposited with the Court, Plaintiff respectfully requests that the Court reconsider its Order [25] and grant Plaintiff's *Ex Parte* Motion for Extension of the TRO [23].

1

Dated this 1st day of March 2023.	Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*