**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                     Defendants. | Case No. 23-cv-00887<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Maria Valdez** |

**DECLARATION OF JAKE M. CHRISTENSEN**

I, Jake M. Christensen, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff General Motors LLC ("General Motors" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On February 21, 2023, Plaintiff requested, and was issued, a bond in the amount of $159,000. Attached hereto as **Exhibit 1** is a copy of the bond issued on February 21, 2023.

3. On February 23, 2023, someone under my direction delivered the $159,000 surety bond to be deposited with the Court to the drop box located in the lobby of at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois.

4. On March 1, 2023, someone under my direction contacted the clerk's office who located the $159,000 surety bond and indicated the bond would be docketed that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 1st day of March 2023 at Chicago, Illinois.

/s/ Jake M. Christensen
Jake M. Christensen
*Counsel for Plaintiff General Motors LLC*