# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

General Motors LLC

                              Plaintiff,

v.                                                                    Case No.: 1:23−cv−00887

                                                                                  Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 2, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for reconsideration [27] is granted. The required bond having now posted to the docket, the plaintiff's motion to extend the temporary restraining order [23] is granted. Enter order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.