**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC, | |
| Plaintiff, | |
| v. | Case No. 23-cv-00887 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge John J. Tharp, Jr. |
| | Magistrate Judge Maria Valdez |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff General Motors LLC ("GM") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and GM having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; GM having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that GM has provided a basis to conclude that Defaulting Defendants have sold products using infringing and counterfeit versions of GM's federally registered trademarks (the "GMC Trademarks"). A list of the GMC Trademarks is included in the below chart.

| Registration Number | Trademark | Class |
|---|---|---|
| 646,914 | GMC | 037 |
| 1,062,719 | GMC | 012 |
| 1,337,811 | GMC | 012 |
| 1,470,781 | GMC | 028 |
| 1,569,557 | GMC | 012 |
| 2,449,301 | GMC | 009 |
| 2,455,330 | GMC | 025 |
| 2,459,744 | GMC | 021 |
| 2,459,748 | GMC | 028 |
| 2,459,750 | GMC | 006 |
| 2,461,681 | GMC | 018 |
| 2,461,697 | GMC | 014 |
| 2,700,392 | GMC | 020 |
| 3,242,874 | ACADIA | 012 |
| 5,751,578 | AT4 | 012 |
| 2,224,539 | DENALI | 012 |
| 6,563,122 | DENALI ULTIMATE | 012 |
| 4,973,662 | ELEVATION | 012 |
| 3,056,298 | H2 | 003 |
| 3,453,396 | H3 | 028 |
| 3,457,399 | H3 | 006 |
| 3,717,305 | H3 | 016 |
| 2,245,635 | HUMMER | 028 |
| 2,414,500 | HUMMER | 025 |
| 2,732,501 | HUMMER | 012 |
| 2,953,685 | HUMMER | 003 |
| 5,519,708 | HUMMER | 012 |
| 2,744,964 | LIKE NOTHING ELSE | 025 |
| 2,057,709 | SAVANA | 012 |
| 1,573,202 | SIERRA | 012 |

| 2,683,735 | SIERRA | 020 |
|---|---|---|
| 2,596,034 | WE ARE PROFESSIONAL GRADE | 012 |
| 1,598,480 | YUKON | 012 |
| 2,631,795 | HUMMER | 018 |
| 2,740,337 | HUMMER | 028 |
| 2,654,456 | HUMMER | 006 |
| 2,645,796 | HUMMER | 009 |
| 2,954,605 | HUMMER | 025 |
| 2,625,050 | HUMMER | 026 |
| 2,625,051 | | 006 |
| 2,604,940 | | 016 |
| 2,707,075 | | 025 |
| 2,659,457 | | 025 |
| 2,994,281 | | 028 |
| 3,014,908 | | 028 |

| | | |
|---|---|---|
| 2,926,350 | | 028 |
| 3,079,033 | | 028 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that GM's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the GMC Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GM product or not authorized by GM to be sold in connection with the GMC Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GM product or any other product produced by GM, that is not GM's or not produced

under the authorization, control, or supervision of GM and approved by GM for sale under the GMC Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of GM, or are sponsored by, approved by, or otherwise connected with GM; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GM, nor authorized by GM to be sold or offered for sale, and which bear any of GM's trademarks, including the GMC Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the GMC Trademarks ; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the GMC Trademarks or

5

any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine GM product or not authorized by GM to be sold in connection with the GMC Trademarks.

3. Upon GM's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the GMC Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), GM is awarded statutory damages from each of the Defaulting Defendants in the amount of $250,000.00 for willful use of counterfeit GMC Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to GM as partial payment of the above-identified

damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to GM the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.      Until GM has recovered full payment of monies owed to it by any Defaulting Defendant, GM shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.      In the event that GM identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, GM may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi and any e-mail addresses provided for Defaulting Defendants by third parties.

9.      The one hundred and fifty-nine thousand dollar ($159,000.00) surety bond posted by GM is hereby released to GM or its counsel, Greer, Burns & Crain, Ltd., plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to GM or its counsel plus any accrued interest.

This is a Default Judgment.

Date: May 17, 2023

John J. Tharp, Jr.
United States District Judge

## Schedule A

| Defendant Online Marketplaces |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1101720565 | Anni Car Modification Store |
| 2 | aliexpress.com/store/1101551687 | AUTO-ZONE Store |
| 3 | DISMISSED | DISMISSED |
| 4 | aliexpress.com/store/1102345654 | Exquisite Clothes PK1 Store |
| 5 | aliexpress.com/store/1101499295 | Fan Li Store |
| 6 | aliexpress.com/store/1101836312 | Findh Lanhn Store |
| 7 | aliexpress.com/store/1102015596 | guo ye Store |
| 8 | aliexpress.com/store/1102191055 | I am OK 666 Store |
| 9 | aliexpress.com/store/1101794302 | KDH.7 Store |
| 10 | aliexpress.com/store/1101602862 | LinBei Store |
| 11 | aliexpress.com/store/1102333850 | Milk Life Store |
| 12 | DISMISSED | DISMISSED |
| 13 | aliexpress.com/store/1101845143 | PuLinMu Store |
| 14 | aliexpress.com/store/1101961526 | QDXX Store |
| 15 | aliexpress.com/store/1102171353 | Shop Ying 008 Store |
| 16 | aliexpress.com/store/1102180468 | Shop110000879 Store |
| 17 | aliexpress.com/store/1102174485 | Shop1102182436 Store |
| 18 | aliexpress.com/store/1102271569 | Shop1102263627 Store |
| 19 | DISMISSED | DISMISSED |
| 20 | aliexpress.com/store/1102536192 | Shop1102539173 Store |
| 21 | aliexpress.com/store/1100976225 | Shop1496961 Store |
| 22 | aliexpress.com/store/1101368758 | Shop5581119 Store |
| 23 | aliexpress.com/store/1101754897 | shop8632 Store |
| 24 | aliexpress.com/store/1101529907 | Shop910640041 Store |
| 25 | aliexpress.com/store/1101552673 | Shop910863009 Store |
| 26 | aliexpress.com/store/1101563610 | Shop911043043 Store |
| 27 | aliexpress.com/store/1101916191 | Shop987563812 Store |
| 28 | aliexpress.com/store/1101391944 | Triny Store |
| 29 | aliexpress.com/store/1101588109 | Welcome To Explore Store |
| 30 | aliexpress.com/store/1102292201 | WYWYZAN Store |
| 31 | aliexpress.com/store/1102163568 | XIAMI2022 Store |
| 32 | aliexpress.com/store/1101341304 | YI TAI Store |
| 33 | DISMISSED | DISMISSED |
| 34 | amazon.com/sp?seller=A3ULJNNENXYPTQ | A3ULJNNENXYPTQ |
| 35 | amazon.com/sp?seller=A3IAY8X4GR3D97 | Asome US |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |

| 38 | amazon.com/sp?seller=A184OG5RTOJ6LA | CARVV |
|----|-------------------------------------|-------|
| 39 | amazon.com/sp?seller=A38TX5PAN38S6R | chenminganqipeidian |
| 40 | amazon.com/sp?seller=A2QB3COCVWMK26 | chenshin |
| 41 | amazon.com/sp?seller=A2D8R58OVKZ2TR | chenxibaihuodian123 |
| 42 | amazon.com/sp?seller=A1AE3SPXQH80OO | chongqinghuzhiyanhuahuixiaoshou youxiangongsi |
| 43 | amazon.com/sp?seller=A27SOSNZB9AMVZ | Chuangen |
| 44 | amazon.com/sp?seller=AFLRW9JKTJLYK | DL-AR |
| 45 | amazon.com/sp?seller=A229CUQF1X0233 | GeunyHonetu |
| 46 | amazon.com/sp?seller=A21Q8VFRVHZVB6 | GuoLiang Store |
| 47 | amazon.com/sp?seller=AUSBNXR6A9CDC | haohaoaipuzhidian |
| 48 | amazon.com/sp?seller=AVCPTB7VGOQ7H | HK DAJANG NEW ENERGY ENGINEERING LIMITED. |
| 49 | amazon.com/sp?seller=A1TX3HVSIVJFAN | HM-DC |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=A1P9GPS6TNWBJA | ifeixuewenji |
| 52 | amazon.com/sp?seller=A1T49JIZ5HZRWR | jiahongbushangxiaopu |
| 53 | amazon.com/sp?seller=A10XHSNZR0CFB | JIANDIAO |
| 54 | amazon.com/sp?seller=A3LC7A85PWZYIM | jinhongjie |
| 55 | DISMISSED | DISMISSED |
| 56 | amazon.com/sp?seller=A3G69YMJIBLWSQ | LANDAOLANGDEDIANPUHGA |
| 57 | amazon.com/sp?seller=A25LUT0RVHCRNP | lianyuanshianpingzhendongxiangzo ngheshanghang |
| 58 | amazon.com/sp?seller=A2E795I8DM6EFN | liduidianzixiaodian |
| 59 | amazon.com/sp?seller=A1UWP10X1HOO50 | lindengyangjhksf |
| 60 | amazon.com/sp?seller=A1G60J895HNEQV | liujunjiehdfydhw |
| 61 | DISMISSED | DISMISSED |
| 62 | DISMISSED | DISMISSED |
| 63 | amazon.com/sp?seller=A2AWK0MS0ZWCAN | nijiacheng1999 |
| 64 | DISMISSED | DISMISSED |
| 65 | amazon.com/sp?seller=A28ZJN8CN0DQEC | oliyko |
| 66 | amazon.com/sp?seller=A6IAJW26VEYMS | pinglincanyindian |
| 67 | amazon.com/sp?seller=ACUZ7HVNVDMF8 | QiaoWeiChuanWeiShangMao |
| 68 | amazon.com/sp?seller=AC6797R6ZN1U0 | qiqiguaiguaidedianpu |
| 69 | amazon.com/sp?seller=A777ZG9XKWVVY | Shanqi Trading |
| 70 | amazon.com/sp?seller=A204149NSPMBVD | Shuoguoshanghang |
| 71 | amazon.com/sp?seller=A1FRI7KJ95DEQX | stsylook |
| 72 | DISMISSED | DISMISSED |
| 73 | DISMISSED | DISMISSED |
| 74 | amazon.com/sp?seller=AV1AVGE7TX0MU | tunchangfushoukejiyouxongsi |
| 75 | amazon.com/sp?seller=A3QYDQ4UVVGTQ5 | US-BD |
| 76 | amazon.com/sp?seller=A1QOBBVKBFUKIQ | wanghaoh |

| 77 | amazon.com/sp?seller=A2D3Z3Y8F3B05I | wangxuanyaundianzi |
| 78 | amazon.com/sp?seller=A49FFTGDEN17W | Wb Store |
| 79 | amazon.com/sp?seller=A3HU5QG3LEPALA | weixixidexiaodianpu |
| 80 | amazon.com/sp?seller=A313ROGF63UON4 | WFQA(7 to 13 days delivery) |
| 81 | amazon.com/sp?seller=A1JYXWZWJP1JYS | xuexuejiaqipei |
| 82 | amazon.com/sp?seller=A1B6CC7QXU9XUQ | xuezhongzhongzidedianpu |
| 83 | amazon.com/sp?seller=ANPKKEZ41LCBD | Yg Art |
| 84 | amazon.com/sp?seller=A1VJYON3DUQ0G2 | YUNUVE2 |
| 85 | amazon.com/sp?seller=AXE5S2TA5NEU5 | ywzkoot |
| 86 | amazon.com/sp?seller=A2Y5TUUPXU8EWI | zhangqingtai |
| 87 | amazon.com/sp?seller=APO5QDANQCPAN | zhiyuanqipeizhijia |
| 88 | amazon.com/sp?seller=A2OFXAY8YBLBEX | zhongbinpaidianzishangwushop |
| 89 | amazon.com/sp?seller=A19J9NENAPOO8P | ZhuLi Store |
| 90 | DISMISSED | DISMISSED |
| 91 | ebay.com/usr/chens-792 | chens-792 |
| 92 | ebay.com/usr/f2newyizhi23 | f2newyizhi23 |
| 93 | DISMISSED | DISMISSED |
| 94 | ebay.com/usr/liujunfeng20010918 | liujunfeng20010918 |
| 95 | DISMISSED | DISMISSED |
| 96 | DISMISSED | DISMISSED |
| 97 | ebay.com/usr/yu12_41 | yu12_41 |
| 98 | walmart.com/seller/101211147 | Tool Shop |
| 99 | wish.com/merchant/5e87f877c77ae3d869b1f00b | Alma Ruffin |
| 100 | wish.com/merchant/5ef9d32163abae7c82f47673 | asdjhadss |
| 101 | wish.com/merchant/5e8d6a9ae653010d6696915b | Betty C Holder |
| 102 | wish.com/merchant/540d7f031d2d43129f7a8578 | biyun fashion |
| 103 | wish.com/merchant/5e89725cc77ae33bcfb1efcb | Carol Long |
| 104 | wish.com/merchant/5e6cc9da57af09030062d446 | ChentaojinglinuV |
| 105 | wish.com/merchant/5b1f8f4b7752c86ff6c7d9eb | chunMeichahua |
| 106 | wish.com/merchant/5e718c69ce928c31389ba722 | DavidHylton |
| 107 | wish.com/merchant/540041d21d2d43312afded99 | dongrui shop |
| 108 | wish.com/merchant/5e882cd9c77ae3a918b1f0cb | Francis Ramirez |
| 109 | wish.com/merchant/5e86ed01c59141c5aa3e4228 | Galenmgl |
| 110 | wish.com/merchant/54104e647a9eb42536f1aa2a | gaojianli fashion |
| 111 | wish.com/merchant/5e971820cb00310e010ae1c7 | ghght543 |
| 112 | wish.com/merchant/6175003e602577927b82e973 | guzhengyang89712 |
| 113 | DISMISSED | DISMISSED |
| 114 | wish.com/merchant/6087bb84a4dee9118745400c | huangyong93688 |
| 115 | wish.com/merchant/5daebc49bfbb3906c0900f6a | ILGNITFP |
| 116 | wish.com/merchant/5e8959da8782b5e69c3d6f15 | James Simmons |
| 117 | wish.com/merchant/5e8d829de46f01ef71db010e | jdbhsud |

| 118 | wish.com/merchant/60a0a259ff10504af7c94f82 | jiangweibo19086 |
| 119 | wish.com/merchant/5e6ccfba57af09851f60d2ea | JingyinaioZz |
| 120 | wish.com/merchant/5ea2a47ab3d78a6f2f146d79 | Karen L Cascio |
| 121 | wish.com/merchant/5f87f743f2d607de170d4991 | kongjun Store |
| 122 | wish.com/merchant/540ac0a6c5c246306d19cc8e | kongxue fashion |
| 123 | wish.com/merchant/5e6cbb94eb2b334bc07647a2 | LaoqiulunjiaowO |
| 124 | wish.com/merchant/578ee235d057a3256aee1b5f | liang278550921 |
| 125 | wish.com/merchant/60c17eab63d3583ec0d953c0 | lisuying55197 |
| 126 | wish.com/merchant/605f23b04fcee0b5a2f4f309 | liuchao38 |
| 127 | wish.com/merchant/606ea7bd84e62f4b84955f13 | liuhanfheng |
| 128 | wish.com/merchant/606ff76ae4d61810bb66bc0e | liuxiaoduo68873 |
| 129 | wish.com/merchant/5ef4099f1319a2128782de3f | lixiuyang |
| 130 | wish.com/merchant/5eb77502ed007e1ec02b45e2 | lqwen |
| 131 | wish.com/merchant/5e7862c11a780203c153f2e2 | Marcus Hand |
| 132 | wish.com/merchant/5e89556202e01728bd828c03 | Maria Rothrock |
| 133 | wish.com/merchant/5fefac7aad9a3cd34d13a35b | McDonald all |
| 134 | wish.com/merchant/5e7862d14fed551980653ea2 | Michael Eaglin |
| 135 | wish.com/merchant/5e6cd30cb2748487ffc145bd | MijiazhuangnuorYo |
| 136 | wish.com/merchant/5e996a9808688809c0a3c2e5 | misseypoafyfn |
| 137 | wish.com/merchant/54201309f8abc805fd2ca860 | mkngyj wholeshop |
| 138 | wish.com/merchant/5e7204491c5ae1934ab60bf1 | Molly Wright |
| 139 | wish.com/merchant/5d4ed20e1527546dc2ad649e | niKingwSvYn |
| 140 | wish.com/merchant/5e6cf2f31061cf9c4254e7ad | OunanjijRq |
| 141 | wish.com/merchant/5fbf0bdb02c9b33995090c5e | paradise 3 |
| 142 | wish.com/merchant/5e6916ecf2699ad1acc3cb83 | Pproviner |
| 143 | wish.com/merchant/6068066b51409b01d839461a | sangyuanji84983 |
| 144 | wish.com/merchant/60449e33bbf23a1fc0764c83 | taohong8 |
| 145 | wish.com/merchant/609f8e89ff1050bca2c949e9 | tianzhipeng07018 |
| 146 | wish.com/merchant/5ffd05e265e4a30f9c9875f2 | wanghaiyu1234 |
| 147 | wish.com/merchant/607122ef3d5ed64d64fc62dc | wangtao46946 |
| 148 | wish.com/merchant/603c4ec0a1bd2163052fb58b | wangxiuzhen7890 |
| 149 | wish.com/merchant/5fcc8c4dc68845a2b177ccf7 | weihongboiiu |
| 150 | wish.com/merchant/5e6a64f229e78627503adc34 | wfh44 |
| 151 | wish.com/merchant/5f0417873ef09668069187f8 | xiuweiluong |
| 152 | wish.com/merchant/6056b9354e48452cde500198 | xujun92547 |
| 153 | wish.com/merchant/6199b64054108cf9558b0ff7 | xuxiaoyue22793 |
| 154 | wish.com/merchant/5f016a06792d0bad0b9bafaa | yangxiuni1314 |
| 155 | wish.com/merchant/5b1a624e7b94e16cfaf123ea | yanyan li happy |
| 156 | wish.com/merchant/540d11191d2d4312907a81ea | yemin fashion |
| 157 | wish.com/merchant/5e6b7f1e3a00e7a432b72870 | YituyijLr |
| 158 | wish.com/merchant/60629725e876d51e01173ad9 | yuanshuwan7972 |

| 159 | wish.com/merchant/603c61e38693e927e9678334 | yusuzhen7890 |